# Exhibit B



DRUANNE D. WHITE
druanne@wdwlawfirm.com

JOY C. DAVIS
joy@wdwlawfirm.com

TREVOR WHITE
trevor@wdwlawfirm.com

**WDW** | WHITE DAVIS & WHITE
LAW FIRM

209 East Calhoun Street • PO Box 1346 • Anderson, South Carolina 29622
Telephone (864) 231-8090 • Fax (864) 231-8006
www.wdwlawfirm.com

ASHLEA M. WHITE
ashlea@wdwlawfirm.com

KYLE J. WHITE
kyle@wdwlawfirm.com

TRAVIS W. WHITE
travis@wdwlawfirm.com

RECEIVED
NOV 12 2019
CITY CLERK'S OFFICE
GREENVILLE, SC

2:20 pm  CJP
Serv: Terry Moore —

November 11, 2019

**Via Personal Service**
Greenville City
John McDonough, City Manager
206 S. Main Street
10th Floor
Greenville, SC 29601

Re:  Cassandra Johnson vs. South Carolina Department of Probation Parole and Pardon Services, et al.
Civil Action No.: 2019-CP-23-06201

Dear Mr. McDonough,

Please find enclosed for service upon you, a copy of the Notice of Petition for Perpetuation of Testimony of Cassandra Johnson Pursuant to Rule 27 SCRP. Please be advised that a Motion for Perpetuation of Testimony hearing has been scheduled for December 16, 2019 at 10:30 a.m. The hearing will be held at the Greenville County Courthouse located at 305 East North Street, Greenville, South Carolina.

If you have any questions, feel free to contact our office.

Sincerely,

Kyle White

Kyle J. White

KJW/dm
Enclosures
cc: Alan McCrory Wilson, Attorney General (Via Personal Service)